NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BARBARA EXUM,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

_____

2011-3037

_____

Petition for review of an arbitrator's decision in John M. Donoghue.

_____

**ON MOTION**

_____

**ORDER**

Barbara J. Exum moves for a 45-day extension of time, until July 24, 2011, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Barbara J. Exum
     Nelson R. Richards, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 4 2011

JAN HORBALY
CLERK